No. 13-99001

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN EDWARD SANSING,

Petitioner-Appellant,

vs.

CHARLES L. RYAN, Director,
Arizona Department of Corrections, *et al.*,

Respondents-Appellees.

On Appeal from the United States District Court
District of Arizona
Case No. 2:11-cv-01035-SRB

**Motion to Exceed the Type-Volume Limitation of
Petitioner- Appellant's Opening Brief**

JON M. SANDS
Federal Public Defender

Jennifer Y. Garcia (Arizona Bar No. 021782)
Golnoosh Farzaneh (California Bar No. 261557)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2816  (602) 889-3960  facsimile

COUNSEL FOR PETITIONER-APPELLANT

Pursuant to Ninth Circuit Rule 32-2, Appellant John Sansing moves this Court for leave to file the attached brief which exceeds the 21,000 word type-volume limitation applicable to capital cases. The reasons for the motion are stated in the attached Declaration of Counsel and Form 8 Certificate of Word Count as required by Rules 32-1 and 32-2.

The Court's ability to fairly decide the issues in this capital case would be severely compromised by limiting the size of this opening brief to 21,000 words. Counsel for Sansing have attempted to limit the size of the Opening Brief to the best of their ability. Counsel for Sansing contacted counsel for Respondents, Lacey Gard, and she does not oppose this request.

WHEREFORE, Sansing respectfully requests this Court permit him to file the attached Proposed Appellant's Opening Brief which contains 22,874 words.

Respectfully submitted:           November 22, 2013.

                                                                Jon M. Sands
                                                                Federal Public Defender
                                                                Jennifer Y. Garcia
                                                                Golnoosh Farzaneh

                                                                s/ Jennifer Y. Garcia
                                                                Attorneys for Petitioner Name

## CERTIFICATE OF SERVICE

I certify that on November 22, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ Robin Stoltze
Legal Assistant
Capital Habeas Unit

# DECLARATION OF JENNIFER Y. GARCIA

I, Jennifer Y. Garcia, being of lawful age, state the following:

1. I am an attorney licensed to practice in the State of Arizona, and I am a member in good standing of the bar of this Court. Together with Golnoosh Farzaneh, I am counsel for Petitioner-Appellant John E. Sansing.

2. In support of his motion to exceed the Opening Brief type-volume limitation, Sansing states the following:

   a. On October 27, 2011, Sansing filed a 142-page Petition for Writ of Habeas Corpus Relief, raising twenty-nine claims, under 28 U.S.C. § 2254 in the United States District Court. (Dist. Ct. ECF No. 35.)

   b. On December 13, 2011, Respondents filed a 172-page Response, accompanied by 3,969 pages of exhibits. (Dist. Ct. ECF No. 37-44.)

   c. On January 11, 2012, Sansing filed a 73-page Traverse. (Dist. Ct. ECF No. 51.) In addition, on February 13, 2012, Sansing filed 1,547 pages of additional portions of the state court record. (Dist. Ct. ECF No. 52.)

   d. On February 24, 2012, Sansing filed a 37-page Motion for Evidentiary Development, accompanied by 15 exhibits. (Dist. Ct. ECF No. 52-53.) Respondents filed a 31-page response (Dist. Ct. ECF No. 54), and Petitioner filed a 10-page Reply. (Dist. Ct. ECF No. 55.)

  e. On February 7, 2013, the district court denied habeas corpus relief in a 79-page Memorandum of Decision and Order and issued Certificates of Appealability ("COAs") with respect to the merits of 5 separate claims. (Dist. Ct. ECF No. 65.)

 3. In addition, after a diligent review of the voluminous record in this case, undersigned counsel sincerely believes that Sansing is entitled to a COA on one additional issue and, therefore, Sansing has briefed a total of 6 separate claims in his Opening Brief.

 4. The Court's ability to fairly decide the issues in this most serious case would be severely compromised by limiting the size of this opening brief to 21,000 words.

 5. Co-counsel and I have attempted to reduce the size of this brief and have done so to the best of our abilities. As of today, the Opening Brief is approximately 22,874 words above the limit.

 I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

 Dated this 22nd day of November, 2013.

               s/Jennifer Y. Garcia
               Jennifer Y. Garcia

**Certification of Compliance pursuant to Fed. R. App. P. 32(a)(7)(C)
and Circuit Rule 32-1 for case number 13-99001**

I certify that this opening brief is being filed in a capital case pursuant to the type-volume limitations set forth at Circuit Rule 32-4 and is proportionately spaced, has a typeface of 14 points or more and contains 22,874 words.


Dated:  November 22, 2013              s/Jennifer Y. Garcia
                                       Counsel for Petitioner-Appellant